# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | Case No: 14-cr-315 (1) (MJD/FLN) |
| | ) | Date: February 22, 2017 |
| Mahdi Hussein Furreh (1) | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 13E |
| | ) | Court Reporter: Staci Heichert |
| | ) | Time Commenced: 10:05 a.m. |
| Defendant. | ) | Time Concluded: 10:35 a.m. |
| | ) | Time in Court: 30 minutes |

Before Michael J. Davis, United States District Judge.

APPEARANCES:
   For Plaintiff:   Charles Kovats, Assistant U.S. Attorney
   For Defendant:   Manvir Atwal, Assistant Federal Defender

☒ **Sentencing.**
☒ **Government's motion was moved and granted.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count. Nos. | Guilty Plea | BOP | SR |
| --- | --- | --- | --- |
| 1 | X | 24 months | 3 years |

☒ Special conditions of: **See J&C for special condition.**
   ☒ Defendant sentenced to pay:
   ☒ Special assessment in the amount of $100.00 to be paid.
   ☒ Defendant is remanded to the custody of the USM.

Date: February 22, 2017

s/KW
Courtroom Deputy to Judge Michael J. Davis