COMMITTED NAME: Mahdi H. Furreh
REG. NO. & QTRS.: 18192-041 K-2
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

RECEIVED
BY MAIL
JUN 27 2018
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

⇔18192-041⇔
Office Of Clerk
Suite 202
300 S 4TH ST
US District Court
Minneapolis, MN 55415
United States

ST PAUL MN 551
25 JUN 2018 PM 7 T

5541532297

SCANNED
JUN 27 2018
U.S. DISTRICT COURT MN

PURPLE HEART USA