| | | |
|---|---|---|
| *KATHERIAN D. ROE<br>Federal Defender<br><br>*REGGIE ALIGADA<br>First Assistant Defender<br><br>*MANNY ATWAL<br>Senior Litigator<br><br>*MSBA Certified Criminal Law Specialist | **OFFICE OF THE**<br>**FEDERAL DEFENDER**<br>**District of Minnesota**<br>107 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>Phone: 612-664-5858<br>Fax: 612-664-5850 | *DOUGLAS OLSON<br>JAMES BECKER<br>*SHANNON ELKINS<br>LISA LOPEZ<br>KEALA EDE<br>DOUGLAS MICKO<br>Assistant Defenders<br><br>ROB MEYERS<br>ERIC RIENSCHE<br>Research & Writing Attorneys |

October 10, 2018

The Honorable Michael J. Davis
Senior U.S. District Judge, District of Minnesota
United States District Court
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:   United States v. Mahdi Hussein Furreh
      Crim. No. 14-315 (MJD)

Dear Judge Davis:

The Court has requested I respond to Mr. Furreh's motion to amend his conditions of release (ECF, 44). I have read his motion, the government's response (EFC, 45), and Mr. Furrreh's reply (ECF, 47).

Unfortunately I have not spoken directly with Mr. Furreh and do not feel I have the necessary information to respond. He is currently residing at the VOA in Minneapolis. Counsel will schedule an appointment to meet with Mr. Furreh and his probation officer. I will respond accordingly.

Sincerely,

*s/ Manny K. Atwal*

MANNY K. ATWAL
Assistant Federal Defender

MKA/jmv

cc:   Charlie Kovats, AUSA
      James Weinberger, USPO